UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL GEIS,

         Plaintiff,

      v.

FORD MOTOR COMPANY,

         Defendant.

Case No. 24-cv-08041-JD

**AMENDED SCHEDULING ORDER**

        The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

        The referral to a magistrate judge for settlement is withdrawn. Dkt. No. 20. The case is referred for private mediation, pursuant to the parties' joint agreement. Dkt. No. 16 at 8.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | March 6, 2025 |
| Complete mandatory private mediation conference | April 30, 2025 |
| Fact discovery cut-off | July 14, 2025 |
| Expert disclosures | August 4, 2025 |
| Rebuttal expert disclosures | August 18, 2025 |
| Expert discovery cut-off | September 8, 2025 |
| Last day to file dispositive and *Daubert* motions | September 22, 2025 |

| Event | Deadline |
|---|---|
| Pretrial conference | Thursday, December 4, 2025, at 1:30 p.m. |
| Jury Trial | Monday, December 15, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: February 27, 2025

_____
JAMES DONATO
United States District Judge